NATIONAL MANAGEMENT SER-VICES, INC., an Oregon corporation, Plaintiff—Appellant,

v.

QWEST DEX, INC., a Colorado corporation, Defendant—Appellee.

No. 03–35109.

United States Court of Appeals,
Ninth Circuit.

July 7, 2004.

Timothy R. Volpert, Esq., John F. McGrory, Jr., Esq., Davis, Wright, Tremaine, Portland, OR, for Plaintiff–Appellant.

Michael H. Simon, Esq., Sarah J. Crooks, Esq., Perkins Coie, LLP, Portland, OR, for Defendant–Appellee. D.C. No. CV–01–01772–DJH.

Before: REINHARDT, SILVERMAN, and CLIFTON, Circuit Judges.

ORDER

The memorandum disposition filed on May 14, 2004 is withdrawn and Appellant's PFR is denied.